```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 07 B 02301
    DARRYL BROWN
    ROMECA BROWN                               CHAPTER 13

                                               JUDGE: JACK B SCHMETTERER

            Debtor
    SSN XXX-XX-0233     SSN XXX-XX-1716

--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
      The case was filed on 02/09/2007 and was confirmed 05/09/2007.

      The plan was confirmed to pay secured creditors 100% and unsecured
creditors  15.00%.

      The case was converted to chapter 7 after confirmation 04/23/2008.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                             PAID           PAID
--------------------------------------------------------------------------------
AMERICAN GENERAL FINANCE  CURRENT MORTG        .00            .00            .00
AMERICAN GENERAL FINANCE  MORTGAGE ARRE    1493.17            .00        1493.17
CHASE MANHATTAN MTG CORP  CURRENT MORTG        .00            .00            .00
CHASE MANHATTAN MTG CORP  MORTGAGE ARRE        .00            .00            .00
CHASE MANHATTAN BANK      NOTICE ONLY    NOT FILED            .00            .00
CHASE MANHATTAN BANK      NOTICE ONLY    NOT FILED            .00            .00
DAIMLER CHRYSLER FINANCI  SECURED VEHIC   15125.00        1040.00        4679.06
DAIMLER CHRYSLER FINANCI  UNSECURED       10536.99            .00        1580.55
HOMECOMINGS FINANCIAL     SECURED NOT I       .00            .00            .00
HOMECOMINGS FINANCIAL     SECURED NOT I       .00            .00            .00
HOMECOMINGS FINANCIAL     NOTICE ONLY    NOT FILED            .00            .00
HOMECOMINGS FINANCIAL     NOTICE ONLY    NOT FILED            .00            .00
NISSAN FINANCING          SECURED VEHIC   24674.50        1715.57        7411.52
ALLIED INTERSTATE         UNSECURED      NOT FILED            .00            .00
ALLIED INTERSTATE         UNSECURED      NOT FILED            .00            .00
BERNARD MITCHELL HOSP     UNSECURED      NOT FILED            .00            .00
CHICAGO PATROLMENS C U    UNSECURED        7617.51            .00        1142.63
CHICAGO PATROLMENS C U    UNSECURED         481.85            .00           72.28
CITY OF CHICAGO PARKING   UNSECURED         460.00            .00           69.00
CITY OF CHICAGO WATER DE  UNSECURED      NOT FILED            .00            .00
CITY OF CHICAGO WATER DE  UNSECURED      NOT FILED            .00            .00
CRED PROTECTION ASSOCIAT  UNSECURED      NOT FILED            .00            .00
HELLER & FRISONE          UNSECURED      NOT FILED            .00            .00
NCO FINANCIAL SYSTEMS     UNSECURED      NOT FILED            .00            .00
OSI COLLECTION SERVICES   UNSECURED      NOT FILED            .00            .00
PEOPLES GAS & LIGHT       UNSECURED        4929.46            .00          739.42
PEOPLES GAS LIGHT & COKE  UNSECURED      NOT FILED            .00            .00
PAY DAY LOAN STORE        UNSECURED      NOT FILED            .00            .00
VONAGE                    UNSECURED      NOT FILED            .00            .00
LODITA LEONARD & JUANITA  NOTICE ONLY    NOT FILED            .00            .00
RENALDO BROWN             NOTICE ONLY    NOT FILED            .00            .00
AMERICAN GENERAL FINANCE  SECURED NOT I       .00            .00            .00
```

                        PAGE  1 - CONTINUED ON NEXT PAGE
            CASE NO. 07 B 02301 DARRYL BROWN & ROMECA BROWN

```
OSI COLLECTION SERVICES   UNSECURED       NOT FILED             .00            .00
UNIVERSITY OF CHICAGO HO  UNSECURED       NOT FILED             .00            .00
GREAT AMERICAN FINANCE    SECURED NOT I    2888.25              .00            .00
NEAL FELD                 DEBTOR ATTY     1,360.00                        1,360.00
TOM VAUGHN                TRUSTEE                                         1,522.94
DEBTOR REFUND             REFUND                                          2,275.45

       Summary of Receipts and Disbursements:
      ------------------------------------------------------------------------
                             RECEIPTS               DISBURSEMENTS
      ------------------------------------------------------------------------
 TRUSTEE                    25,101.59

 PRIORITY                                                   .00
 SECURED                                              13,583.75
      INTEREST                                         2,755.57
 UNSECURED                                             3,603.88
 ADMINISTRATIVE                                        1,360.00
 TRUSTEE COMPENSATION                                  1,522.94
 DEBTOR REFUND                                         2,275.45
                           ---------------        ---------------
 TOTALS                      25,101.59                25,101.59
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
     Dated: 07/18/08              _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE